INTEGRACIÓN DE SALAS DE VERANO.

*Número:* _____          *Resuelto:* 28 de junio de 1991

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 3(d) del Reglamento de este Tribunal, 4 L.P.R.A. Ap. I-A, se constituyen las siguientes Salas Especiales de Despacho para funcionar durante el receso:

*Del 8 de julio al 16 de agosto:*
Juez Asociado, Sr. Francisco Rebollo López (Pres.)
Juez Asociada, Sra. Miriam Naveira de Rodón
Juez Asociado, Sr. José A. Andréu García
*Del 19 de agosto al 28 de septiembre:*
Juez Asociado, Sr. Antonio S. Negrón García (Pres.)
Juez Asociado, Sr. Federico Hernández Denton
Juez Asociado, Sr. Rafael Alonso Alonso

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que integren las Salas que no puedan intervenir en algún asunto ante su consideración y, así mismo, para convocar al Tribunal cuando sea necesario.

Salvo regla de necesidad, convocatoria a una sesión plenaria del Tribunal o situación adicional que lo amerite, por razón del descargo de sus responsabilidades como Presidente de la Junta Constitucional de Revisión de Distritos Senatoriales y Representativos, durante el receso el Juez Presidente Señor Pons Núñez no se integrará a dichas Salas Especiales de Despacho.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General Interino.

(*Fdo.*) Heriberto Pérez Ruiz
*Secretario General Interino*